UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

v.

D-1, JASON FLOAREA,

          Defendant.
_____/

Criminal No. 2:13-cr-20614

Honorable Nancy G. Edmunds

## **STIPULATED PRELIMINARY ORDER OF FORFEITURE**

The United States of America, by and through its attorneys, BARBARA L. McQUADE, United States Attorney for the Eastern District of Michigan, and GJON JUNCAJ, Assistant United States Attorney, together with Defendant JASON FLOAREA, by and through his attorney, JAMES C. THOMAS, ESQ., hereby submit this Stipulated Preliminary Order of Forfeiture:

WHEREAS, a First Superseding Information was issued in the United States District Court for the Eastern District of Michigan on October 3, 2014, which charged Defendant Jason Floarea in Count One with violating 18 U.S.C. § 2314, Interstate Transportation of Stolen Property;

WHEREAS, on or about October 16, 2014, Defendant Jason Floarea entered into a Rule 11 Plea Agreement and pleaded guilty to Count One of the Information;

WHEREAS, in his Rule 11 Plea Agreement, Defendant Jason Floarea also agreed, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2, to the entry of a forfeiture money judgment against him, in favor of the United States, in the amount of $120,000 in U.S. Currency, which is a sum that represents the proceeds of the defendant's violation of Count One of the Information.

WHEREAS, Defendant Jason Floarea also agreed in his Rule 11 Plea Agreement that he would satisfy the forfeiture money judgment by delivering $120,000 in certified funds to the United States Attorney's Office within sixty (60) of the plea hearing.   The parties now agree to modify the payment terms by requiring defendant Jason Floarea to deliver $120,000 in certified funds to the United States Attorney's Office, payable to the "United States Customs and Border Protection," at or before sentencing or within sixty (60) days thereafter.

WHEREAS, Defendant Jason Floarea also agreed in his Rule 11 Plea Agreement to forfeit his interest in all of the defendants *in rem* in a related civil forfeiture case, *United States v. $259,797.60, et al*, Case No. 15-10439 (Levy, J.), and that the government will pursue and complete the forfeiture of the related defendants *in rem* within the context of the related civil forfeiture proceeding.

NOW THEREFORE, based upon the Information, Defendant Jason Floarea's Rule 11 Plea Agreement, and the information in the record,

IT IS HEREBY ORDERED that a forfeiture money judgment in the amount of $120,000 is granted and entered against Defendant Jason Floarea in favor of the United States of America;

IT IS FURTHER ORDERED that Defendant Jason Floarea shall satisfy the forfeiture money judgment by delivering $120,000 in certified funds to the United States Attorney's Office, payable to the "United States Customs and Border Protection," at or before the defendant's sentencing hearing or within sixty (60) days thereafter.

IT IS FURTHER ORDERED that pursuant to Fed.R.Crim.P. 32.2(b)(4)(A) and (b)(4)(B) that this Preliminary Order of Forfeiture shall become final upon entry, be made part of Defendant Jason Floarea's sentence and included in the judgment, and shall not be the subject of ancillary proceedings given that the forfeiture consists of a money judgment;

IT IS FURTHER ORDERED that any unpaid balance of the forfeiture money judgment may be satisfied through the forfeiture of any property of Defendant Jason Floarea as substitute property by operation of 21 U.S.C. § 853(p)(1) and (p)(2);

//

//

//

//

The Court retains jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed.R.Crim.P. 32.2.

AGREED AS TO FORM AND SUBSTANCE:

BARBARA L. McQUADE
United States Attorney

| | |
|---|---|
| s\Gjon Juncaj | s\with Consent of James C. Thomas |
| GJON JUNCAJ (P63256) | JAMES C. THOMAS (P23801) |
| Assistant United States Attorney | Attorney for Defendant Jason Floarea |
| 211 W. Fort Street, Suite 2001 | 12900 Hall Road, Suite 350 |
| Detroit, Michigan 48226 | Sterling Heights, Michigan 48313-1174 |
| (313) 226-9623 | (586) 726-1000 |
| Gjon.juncaj@usdoj.gov | jthomas@orlaw.com |
| Dated: March 27, 2015 | Dated: March 27, 2015 |

*************************************************

IT IS SO ORDERED.

Dated: March 27, 2015            s/ Nancy G. Edmunds
                                 HONORABLE NANCY G. EDMUNDS
                                 United States District Judge